**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VALERIE HANES,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 05-135 Erie |
| ELK REGIONAL MEDICAL CENTER,<br>　　　　Defendant | )<br>)<br>) |

**PRELIMINARY SCHEDULING ORDER**

　　AND NOW, this 8th day of July, 2005, it is hereby ORDERED that all parties are to strictly conform to Fed. R. Civ. P. 26, and particularly Rule 26(f). Therefore, IT IS HEREBY ORDERED THAT the parties will conduct their Rule 26(f) meeting on or before **July 19, 2005.** The parties will then exchange their initial disclosures per Fed. R. Civ. P. 26(a)(1)(A)(B)(C) and (D). A joint or individualized report of the Rule 26(f) discovery plan that includes stipulated exceptions to disclosure per Rule 26(a)(1) not to exceed 3 pages in length shall be filed on or before **August 17, 2005**   A Fed. R. Civ. P. 16(b) and Local Rule 16.1.1 Case Management Conference will be held before the undersigned on **August 19, 2005**, at **10:00 a.m.** Room A-250, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

　　At the case management conference all counsel from the Western District of Pennsylvania, Northern District of Ohio and Western District of New York are to be present in person unless excused due to extreme inclement weather or other good cause.

　　　　　　　　　　　　　　　　　　　　　　　　__/S/Sean J. McLaughlin_____
　　　　　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: All counsel of record.nk