IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE HANES, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ELK REGIONAL MEDICAL CENTER, )<br>)<br>Defendant ) | Civil Action No. 05-135E |

### ORDER OF COURT

AND NOW, this ____ day of _____, 2005, it is hereby ORDERED as follows:

(a)     The parties shall complete discovery on or before February 24, 2006;

(b)     Plaintiff's pretrial narrative statement shall be filed on or before March 13, 2006. Defendant's pretrial narrative statement shall be filed on or before March 28, 2006.

(c)     On or before March 13, 2006, any party may file a dispositive motion which shall be accompanied by a supporting brief, and such affidavits and other supporting documentation as may be appropriate. Any responding party may file an opposing brief, together with such affidavits and opposing documents as may be appropriate on or before March 28, 2006.

By the Court,

_____