# cohen&grigsby

*progressive law.*℠

W. SCOTT HARDY
Direct Dial: (412) 297-4652

E-mail: shardy@cohenlaw.com
Direct Fax (412) 209-1982

November 11, 2005

**Via Facsimile & Federal Express**

Jerome J. Kaharick, Esquire
Wallace Building
Suites 301-302
406 Main Street
Johnstown, PA 15901

RE: **Valerie Hanes v. Elk Regional Medical Center
C.A. No. 05-135E; In the United States District Court
for the Western District of Pennsylvania**

Dear Mr. Kaharick:

Enclosed please find an original and two (2) copies of Defendant's First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff.

Very truly yours,

COHEN & GRIGSBY, P.C.

By: *[signature]*
W. Scott Hardy

WSH/dms
Enclosures
cc:   Mr. James Chiesa (w/enc)
950566_1.DOC

Pittsburgh Office - 11 Stanwix Street, 15th Fl., Pittsburgh, PA 15222-1319
Telephone (412) 297-4900 - Fax (412) 209-0672 - www.cohenlaw.com

EXHIBIT B