

United States Home | Information Center | Customer Support

Search

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

## Track Shipments
### Detailed Results

Printable Version    Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 790219090580 | **Reference** | #00582.0017 |
| **Signed for by** | C.BURKETT | **Destination** | Johnstown, PA |
| **Ship date** | Nov 11, 2005 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Nov 14, 2005 9:28 AM | **Service type** | Priority Pak |
| | | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |

**Wrong Address?**
Reduce future mistakes by us
FedEx Address Checker.

**Shipping Freight?**
FedEx has LTL, air freight, surface and air expedited freight multi piece package deliveries and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 14, 2005 | 9:28 AM | **Delivered** | Johnstown, PA | |
| | 8:02 AM | On FedEx vehicle for delivery | JOHNSTOWN, PA | |
| Nov 12, 2005 | 8:54 AM | At local FedEx facility | JOHNSTOWN, PA | |
| Nov 11, 2005 | 10:24 PM | At dest sort facility | PITTSBURGH, PA | |
| | 8:53 PM | Left origin | PITTSBURGH, PA | |
| | 5:41 PM | Picked up | PITTSBURGH, PA | |
| | 2:14 PM | Package data transmitted to FedEx | | |



Need to track a FedEx SmartPost shipment?

[ Signature proof ]    [ Email results ]    [ Track more shipments ]

**Subscribe to tracking updates (optional)**

Your Name: [        ]    Your Email Address: [        ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and    [ Submit ]

**EXHIBIT D**