```
* * * COMMUNICATION RESULT REPORT ( NOV. 11. 2005  4:57PM ) * * *

                                              FAX HEADER 1:  COHEN & GRIGSBY
                                              FAX HEADER 2:

TRANSMITTED/STORED : NOV. 11. 2005  4:45PM
FILE MODE         OPTION              ADDRESS                     RESULT          PAGE
-------------------------------------------------------------------------------------------
0936 MEMORY TX                        8145395934                  OK              32/32


-------------------------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# cohen&grigsby®
*progressive law.*℠

**11 STANWIX STREET**
**15ᵀᴴ FLOOR**
**PITTSBURGH, PENNSYLVANIA 15222**

**TELEPHONE (412) 297-4900**
**FAX (412) 209-0672**

## FAX COVER SHEET

| | |
|---|---|
| **DATE** | 11/11/05 |
| **TO:** | Jerome J. Kaharick, Esquire |
| **FIRM/COMPANY:** | |
| **PHONE NUMBER:** | 814-539-6789 |
| **FAX NUMBER:** | 814-539-5934 – FAX |
| **FROM:** | W. SCOTT HARDY, ESQ. |
| **TELEPHONE:** | (412) 297-4652 |
| **NUMBER OF PAGES (INCLUDING COVER PAGE):** | 3̶2̶ 2̶6̶ 32 |

| COMMENTS: |
|---|
| |

**CLIENT/MATTER NO.:**   #00582.0017

| COPIES TO: NAME | COMPANY/FIRM | FAX NO. | PHONE NO. |
|---|---|---|---|
| | | | |
| | | | |

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL 412/297-4939**

The information contained in this transmission is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity named above. Unauthorized use, disclosure or copying of the information contained in this transmission is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify us at (412) 297-4900 and return the original message to us at the above address via the United States Postal Service. We will reimburse any costs you incur in notifying and returning this message to us. Thank you.

**EXHIBIT E**