# cohen&grigsby®
*progressive law.*℠

W. SCOTT HARDY
Direct Dial: (412) 297-4652

E-mail: shardy@cohenlaw.com
Direct Fax (412) 209-1982

January 30, 2006

**Via Facsimile &
U.S. First-Class Mail**

Jerome J. Kaharick, Esquire
Michael J. Csonka, Esquire
Wallace Building
Suites 301-302
406 Main Street
Johnstown, PA 15901

   RE: **Valerie Hanes v. Elk Regional Medical Center
      C.A. No. 05-135E; In the United States District Court
      for the Western District of Pennsylvania**

Dear Mr. Kaharick:

  We served you with Defendant's First Set of Interrogatories and Requests for Production of Documents on November 11, 2005. To date, we have not received Plaintiff's responses to these written discovery requests. Kindly forward Plaintiffs answers and responses to our written discovery requests by **Friday, February, 3, 2006**.

  Moreover, I tentatively scheduled Ms. Hanes' deposition for February 22, 2006 beginning at 9:30 am in accordance with the enclosed Notice of Deposition, but will reschedule it for another mutually agreeable time during either the week of February 13th or the week of February 20th if necessary. Please advise me immediately if you require us to reschedule it within this two week period.

  In light of our impending discovery deadline of February 24th, receipt of Plaintiff's responses by February 3rd is imperative for any meaningful deposition of Ms. Hanes between now and February 24th. We fully anticipate your willingness to provide Plaintiff's discovery responses, but please note that any failure to do so will necessitate court intervention. We are hopeful that such court intervention will be unnecessary.

  Thank you for your prompt attention to these matters and we look forward to receipt of Plaintiff's discovery responses. In the meantime, do not hesitate to contact me if you require further clarification or would otherwise desire to discuss this case.

Pittsburgh Office - 11 Stanwix Street, 15th Fl., Pittsburgh, PA 15222-1319
Telephone (412) 297-4900 - Fax (412) 209-0672 - www.cohenlaw.com

EXHIBIT F

**Cohen & Grigsby, P.C.**

Jerome J. Kaharick, Esquire
PageTwo
January 30, 2006

      Please do not hesitate to contact me with any questions or comments you may have.

            Very truly yours,

           COHEN & GRIGSBY, P.C.

           By: *[signature]*
               W. Scott Hardy

WSH/dms
Enclosure
cc:   Valerie S. Faeth, Esq.

1044027_1