## JEROME J. KAHARICK AND ASSOCIATES
### ATTORNEYS AT LAW
Wallace Building, Suites 301-302
406 Main Street
Johnstown, Pennsylvania 15901

JEROME J. KAHARICK
Admitted in New York State
and Federal Court also admitted
in Michigan Federal Court

(814) 539-6789
Fax (814) 539-5934
jkaharick@verizon.net

January 31, 2006

*Via Facsimile (412) 209-1982*

W. Scott Hardy, Esquire
Cohen & Grigsby
15th Floor
11 Stanwix Street
Pittsburgh, PA 15222-1319

Re:   Valerie Hanes v. Elk Regional Medical Center
      No. 05-135E

Dear Mr. Hardy:

I have received and reviewed your letter dated January 30, 2006, wherein you requested responses to Defendant's First Set of Interrogatories and Requests for Production of Documents by Friday, February 3, 2006.

Please be advised that I can ensure your receipt of such responses in a timely manner, only after I have received the actual interrogatories and requests for production from you. After a thorough review of this file, I can confirm that, to date, no such documentation has been received by this office.

If you will kindly forward Defendant's discovery requests to me, I will see that they are responded to within a timely fashion.

Very truly yours,

Jerome J. Kaharick

EXHIBIT G