# cohen&grigsby®
*progressive law.*℠

W. SCOTT HARDY
Direct Dial: (412) 297-4652

E-mail: shardy@cohenlaw.com
Direct Fax (412) 209-1982

February 1, 2006

**Via Facsimile**

Jerome J. Kaharick, Esquire
Wallace Building
Suites 301-302
406 Main Street
Johnstown, PA  15901

    RE:    **Valerie Hanes v. Elk Regional Medical Center**
              **C.A. No. 05-135E; In the United States District Court**
              **for the Western District of Pennsylvania**

Dear Mr. Kaharick:

    I write to acknowledge receipt to your faxed correspondence dated January 31, 2006, pertaining to Elk Regional Health Center's (the "Health Center") Interrogatories and Requests for Production of Documents. Please be advised these discovery requests were served upon your office via facsimile and Federal Express on November 11, 2005.

    Courtesy copies of the Health Center's discovery requests are enclosed, along with the receipt of shipment from Federal Express and a facsimile confirmation document evidencing transmission at 4:45 p.m. on November 11th.

    Accordingly, we look forward to receiving Ms. Hanes's answers to these discovery requests by Friday, February 3, 2006.

                                              Very truly yours,

                                              COHEN & GRIGSBY, P.C.

                                              By: *W. Scott Hardy*
                                                  W. Scott Hardy

WSH/dms
Attachments
950566_1

EXHIBIT H