1047893_1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALERIE HANES,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) **Civil Action No. 05-135E** |
| vs. | ) |
| | ) |
| **ELK REGIONAL MEDICAL CENTER,** | ) |
| | ) |
| **Defendant** | ) |

### DISCOVERY DISPUTE CERTIFICATE

The undersigned hereby certifies that Defendant's counsel has made a reasonable effort to reach agreement with Plaintiff's counsel on the matters set forth in the within Motion pursuant to Rule 37.1 of the Local Rules for the United States District Court for the Western District of Pennsylvania.

_____
W. Scott Hardy

**EXHIBIT I**