1046688_1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VALERIE HANES,                          )
                                        )
        **Plaintiff**                 )
                                        )      **Civil Action No. 05-135E**
  **vs.**                            )
                                        )
ELK REGIONAL MEDICAL CENTER,            )
                                        )
        **Defendant**                )

### ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the

foregoing Motion To Compel And For Sanctions, it is hereby ORDERED, ADJUDGED and

DECREED that Plaintiff, Valerie Hanes, shall provide, within ten (10) days of the date of this

Order, full and complete responses to Defendant's First Set of Interrogatories and Requests for

Production of Documents Directed to Plaintiff

It is further ORDERED that Plaintiff be and hereby is directed to pay Defendant its

reasonable attorneys fees and costs in making this motion and its Motion for Enlargement of the

Discovery Period. Defendant's counsel is directed to submit a bill of such fees and costs to the

Court within ten (10) days of the date of this Order.

BY THE COURT:

_____J.