IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE HANES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 05-135E |
| vs. | ) | |
| | ) | |
| ELK REGIONAL MEDICAL CENTER, | ) | |
| | ) | |
| Defendant | ) | |

### ORDER OF COURT

AND NOW, this ____ day of _____, 2006, it is hereby ORDERED as follows:

(a) Discovery in this matter is extended through April 10, 2006 for the sole purpose of obtaining adequate response to the Interrogatories and Document Requests previously propounded upon Plaintiff and taking Plaintiff's oral deposition;

(b) Plaintiff's pretrial narrative statement shall be filed on or before May 13, 2006. Defendant's pretrial narrative statement shall be filed on or before May 28, 2006.

(c) On or before May 13, 2006, any party may file a dispositive motion which shall be accompanied by a supporting brief, and such affidavits and other supporting documentation as may be appropriate. Any responding party may file an opposing brief, together with such affidavits and opposing documents as may be appropriate on or before May 28, 2006.

By the Court,

_____J.