IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE A. HANES, | ) |
| Plaintiff | ) ) ) ) Civil Action No. 05-135E |
| vs. | ) ) Hon. Sean J. McLaughlin |
| ELK REGIONAL MEDICAL CENTER, | ) ) |
| Defendant | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Valerie A. Hanes, by her attorney, Jerome J. Kaharick, Esq., and Jerome J. Kaharick & Associates, and Defendant, Elk Regional Health Center, by its attorney, W. Scott Hardy, Esq., and Cohen & Grigsby, P.C., stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that the above-captioned action be dismissed with prejudice, and for the parties to bear their own costs.

Respectfully submitted,

By: /s/ Jerome J. Kaharick
Jerome J. Kaharick, Esq.
406 Main Street, Suites 301 & 302
Johnstown, PA 15901
(814) 539-6789
Counsel for Plaintiff

Dated: April 7, 2006

Cohen & Grigsby, P.C.

By: /s/ W. Scott Hardy
W. Scott Hardy, Esq.
PA ID. #79225
Kimberly A. Craver, Esq.
PA ID. #90017
11 Stanwix Street, 15th Fl.
Pittsburgh, PA 15222
Firm ID. #621
(412) 297-4900
Counsel for Defendant

Dated: April 7, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE A. HANES, | ) |
| Plaintiff | ) ) ) ) Civil Action No. 05-135E |
| vs. | ) ) Hon. Sean J. McLaughlin |
| ELK REGIONAL MEDICAL CENTER, | ) ) |
| Defendant | ) |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2006, upon consideration of the foregoing Stipulation of Dismissal With Prejudice,

IT IS HEREBY ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

_____
Sean J. McLaughlin, Judge